IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARKETRIC HUNTER
a minor child, by and through his
mother and legal guardian, Thelma
Lynah,

   Plaintiff,

    v.

RHONDA MEDOWS
in her Official Capacity as
Commissioner of the Georgia
Department of Community Health, et
al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:08-CV-2930-TWT

ORDER

This is action seeking injunctive relief against the Georgia Department of Community Health. It is before the Court on the Defendants' Joint Motion to Stay Proceedings [Doc. 12]. The Defendants seek a stay of this case pending the appeal of this Court's Order in Moore v. Medows, 563 F. Supp. 2d 1354 (N.D. Ga. 2008). The Court is not persuaded that the proceedings should be stayed in the Defendants' case pending that appeal. The Defendants' Joint Motion to Stay Proceedings [Doc. 12] is DENIED.

T:\ORDERS\08\Hunter\stay.wpd

SO ORDERED, this 27 day of January, 2009.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge